

**FILED**

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0422

**FILED**

MAR 0 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
JAESON D. WHITE

**O R D E R**

Jaeson D. White has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of applying for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. White passed the MPRE in 2004 when seeking admission to the practice of law in the State of California, where White was admitted. White has "practiced law for over 16 years without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jaeson D. White to waive the three-year test requirement for the MPRE for purposes of a current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this ____ day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices